Eastern District of Kentucky
**FILED**

APR 24 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 6:25-Cr-41-CHB
     18 U.S.C. § 2423

AUSTIN HAWK

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 25, 2022, and continuing through on or about October 25, 2022, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**AUSTIN HAWK**

did knowingly transport an individual who had not attained the age of 18 years in interstate commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Rape in the 3rd Degree under Kentucky Revised Statute § 510.060, all in violation of 18 U.S.C. § 2423.

A TRUE BILL

████████████████
FOREPERSON

_/s/ Paul C. McCaffrey_
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not less than 10 years and not more than imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years and not more than life.

**PLUS:**   Mandatory special assessment of $100.

   Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses within Chapter 117 of the United States Code.

**PLUS:**   Restitution if applicable.